# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Lausteveion Johnson,

                    Plaintiff,

    v.

Gentry, et al.,

                    Defendants.

Case No. 2:17-1671-APG-EJY

**Order Granting Motion to Seal**

(ECF No. 62)

The defendants' motion to seal **(ECF No. 62) is granted**.  Exhibit C to the defendants' motion for summary judgment, filed as ECF No. 63 shall remain sealed.

Dated:  July 9, 2020.

_____

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE