# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON, | Case No.: 2:17-cv-01671-APG-EJY |
| Plaintiff | **Order** |
| v. | |
| GENTRY, et al., | |
| Defendants | |

The proposed joint pretrial order is overdue. *See* ECF No. 55 at 2.

I THEREFORE ORDER that by May 21, 2021, the parties shall file the proposed joint pretrial order. The failure to comply with this order may result in dismissal of this action without further notice.

DATED this 29th day of April, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE