AARON D. FORD
  Attorney General
KATLYN M. BRADY (Bar No. 14173)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-0661 (phone)
(702) 486-3773 (fax)
Email: katlynbrady@ag.nv.gov

*Attorneys for Defendants
Regina Barrett, Frank Dreesen,
James Dzurenda, Timothy Knatz,
Joseph Lewis, and David Willis*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>GENTRY, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-01671-APG-EJY<br><br>**DEFENDANTS' UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR JOINT PRETRIAL ORDER** |

Defendants Regina Barrett, Frank Dreesen, James Dzurenda, Timothy Knatz, Joseph Lewis, and David Willis, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Katlyn M. Brady, Senior Deputy Attorney General, request the Court extend the deadline to file a Joint Pretrial Order (JTPO) from May 21, 2021 to June 21, 2021.

This Court issued an order requiring the parties to submit a JTPO by May 21, 2021. ECF No. 75. Defendants scheduled a telephonic meet and confer with Plaintiff for May 13, 2021. However, due to technological difficulties, the meeting was postponed to May 20, 2021.

On May 20, 2021, the parties discussed the JTPO and agreed that they would be unable to complete the document by May 21, 2021. As Plaintiff is now incarcerated at Lovelock Correctional Center (LCC), the parties must exchange documents and drafts via

mail. Further, the parties anticipate requiring at least two additional meetings to finalize the JTPO. The parties therefore agreed to extend the deadline from May 21, 2021 to June 21, 2021. Plaintiff agreed that Defendants could title the motion as unopposed.

## I. LEGAL ARGUMENT

Rule 6(b)(1), Federal Rules of Civil Procedure, governs extensions of time and states:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

The parties respectfully request this Court grant an extension from May 21, 2021 to June 21, 2021 to prepare the JPTO. Good cause supports this request as the parties must communicate via telephone and mail to exchange the necessary information.

## II. CONCLUSION

The parties respectfully request an extension to complete the JPTO. Although the parties have met once to discuss this matter, they have been unable to complete the JPTO. The parties continue to work on this matter and have scheduled additional phone calls to complete it.

DATED this 21st day of May, 2021.

AARON D. FORD
Attorney General

By: /s/ Katlyn M. Brady
KATLYN M. BRADY (Bar No. 14173)
Senior Deputy Attorney General
*Attorneys for Defendants*


**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated: May 21, 2021**