UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>   Plaintiff<br><br>v.<br><br>GENTRY, et al.,<br><br>   Defendants | Case No.: 2:17-cv-01671-APG-EJY<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 116] |

I ORDER that the defendants' unopposed motion to extend time to file the joint pretrial order **(ECF No. 116) is GRANTED**. The proposed joint pretrial order is due October 4, 2021.

DATED this 7th day of September, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE