# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON, | Case No.: 2:17-cv-01671-APG-EJY |
| Plaintiff | **Order** |
| v. | |
| GENTRY, et al., | |
| Defendants | |

The proposed joint pretrial order is overdue. ECF No. 117 (setting deadline for October 4, 2021). However, it appears plaintiff Lausteveion Johnson may not have received the court's order extending time.

I THEREFORE ORDER that the proposed joint pretrial order is due October 22, 2021. Failure to comply may result in sanctions up to and including dismissal.

DATED this 5th day of October, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE