UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| LAUSTEVEION JOHNSON, | Case No. 2:17-cv-01671-APG-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| GENTRY, et al. | |
| Defendants. | |

Pending before the Court is Plaintiff's Request for Electronic Copy of Court Orders (ECF No. 124). Plaintiff submitted a change of address received by the Court on November 15, 2021 (ECF No. 123). Plaintiff states he has not received copies of Court Orders because of this change of address.

The only Orders issued by the Court in the last 60 days, which is sufficient time to ensure Plaintiff is caught up on what the Court has done since he experienced a change of address, include ECF No. 117 (granting an Unopposed Motion for Extension of Time), ECF No. 119 (ordering the due date for the parties' Joint Pretrial Order), and 122 (rejecting the proposed Joint Pretrial Order).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Request for Electronic Copy of Court Orders is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that the Clerk of Court shall mail to Plaintiff at his new address the Court's Orders at ECF Nos. 117, 119, and 122 only.

DATED this 19th day of November, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE