UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>    Plaintiff<br><br>v.<br><br>GENTRY, et al.,<br><br>    Defendants | Case No.: 2:17-cv-01671-APG-EJY<br><br>**Order Rejecting Plaintiff's Proposed Joint Pretrial Order and Extending Deadline**<br><br>[ECF No. 126] |

Based upon the defendants' response to the plaintiff's proposed Pretrial Order, I hereby reject that proposed Pretrial Order (ECF No. 126). I also extend the deadline so the parties can continue to confer and prepare a Joint Pretrial Order that complies with Local Rules 16-3 and 16-4. The new deadline to file the proposed order is **January 21, 2022**. If the parties continue to confer and make progress but need additional time after that, I will consider another extension if the parties can demonstrate good cause and good progress. Hopefully that will not be necessary.

DATED this 10th day of December, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE