UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>GENTRY, et al.<br><br>Defendants. | Case No. 2:17-cv-01671-APG-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Appointment of Counsel or, in the Alternative, Motion for Limited Appointment of Counsel and Request for Oral Argument via Video. ECF No. 135. The Court notes that this case is headed to trial on four claims that survived Defendants' Motion for Summary Judgment. ECF No. 74. Those claims include Plaintiff's First Amendment retaliation and Eighth Amendment excessive force claim against Defendant David Willis; Plaintiff's First Amendment retaliation claim against Defendant Regina Barrett; Plaintiff's Eighth Amendment deliberate indifference to medical needs claim against Defendants James Dzurenda and Jo Gentry; and Plaintiff's Eighth Amendment conditions of confinement claim against Defendants James Dzurenda and Jo Gentry. *Id*. at 17. The Court further notes that the parties appear to have been working toward submitting a Joint Pretrial Order for approximately six months, but have been unsuccessful. ECF Nos. 110, 122, 129, 133.

Under Rule 1 of the Federal Rules of Civil Procedure, as well as pursuant to the Court's discretion, IT IS HEREBY ORDERED that the Court GRANTS in part and DENIES in part Plaintiff's Motion for Appointment of Counsel or, in the Alternative, Motion for Limited Appointment of Counsel and Request for Oral Argument via Video (ECF No. 135).

IT IS FURTHER ORDERED that the Court GRANTS Plaintiff's Motion for Limited Appointment of Counsel for the purposes of preparing a joint pretrial order and advising Plaintiff in the course of preparing for and conducting trial.

IT IS FURTHER ORDERED that this case is referred to the Pilot Pro Bono Program for appointment of counsel for the purposes identified herein.

IT IS FURTHER ORDERED that Plaintiff's Motion (ECF No. 135) is DENIED in all other respect.

IT IS FURTHER ORDERED that the Clerk of Court shall forward this Order to the Pro Bono Liaison.

DATED this 4th day of January, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2