UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LAUSTEVEION JOHNSON, | Case No. 2:17-cv-01671-APG-EJY |
| Plaintiff, | |
| v. | **ORDER OF APPOINTMENT OF COUNSEL** |
| GENTRY, et al. | |
| Defendants. | |

This case was referred to the *Pro Bono* Program ("Program") adopted in the Second Amended General Order 2019-07 for appointment of *pro bono* counsel. The Court has been informed that *pro bono* counsel has been identified. Attorneys Frank M. Flansburg III, Emily A. Ellis, and Tory P. Domina are hereby appointed as counsel for Plaintiff Lausteveion Johnson. The scope of the appointment is for the limited purpose of preparing a joint pretrial order and advising Plaintiff in the course of preparing for and conducting trial.

Accordingly, IT IS HEREBY ORDERED that Frank M. Flansburg III, Emily A. Ellis, and Tory P. Domina are hereby appointed as *pro bono* counsel for Plaintiff Lausteveion Johnson pursuant to the United States District Court for the District of Nevada's *Pro Bono* Program.

IT IS FURTHER ORDERED that Frank M. Flansburg III, Emily A. Ellis, and Tory P. Domina, as appointed counsel, may seek reimbursement of reasonable expenses or compensation for services in any manner authorized under the Program.

IT IS FURTHER ORDERED that the Clerk of Court must assign a PRO BONO case flag and add Frank M. Flansburg III, Emily A. Ellis, and Tory P. Domina to the docket as counsel of record for Plaintiff.

IT IS FURTHER ORDERED that Frank M. Flansburg III, Emily A. Ellis, and Tory P. Domina will not be charged fees for use of the Court's filing system in this matter for the duration of the appointment.

IT IS FURTHER ORDERED that within fourteen (14) days after completion of legal services, Plaintiff's counsel must submit a Notice of Completion Form to the *Pro Bono* Liaison.

DATED this 4th day of May, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE