# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

LAUSTEVEION JOHNSON,

    Plaintiff,

v.

GENTRY, *et al.*,

    Defendants.

Case No. 2:17-cv-01671-APG-EJY

**ORDER TO PRODUCE INMATE FOR VIDEOCONFERENCE**

TO: Warden, Northern Nevada Correctional Center, Carson City, NV

**Lausteveion Johnson, #82138,** is presently in the Nevada Department of Corrections custody at Northern Nevada Correctional Center, Carson City, Nevada. Mr. Johnson's presence, via video, is needed for an upcoming hearing.

I THEREFORE RESPECTFULLY ORDER the Warden of Northern Nevada Correctional Center, Carson City, NV, or designee, to arrange for and produce **Lausteveion Johnson, #82138,** for a **videoconference hearing** via Zoom Technology, on **Thursday, July 8, 2022, at 9:00 a.m**. Mr. Johnson shall remain in the custody of the Warden, Northern Nevada Correctional Center, Carson City, NV at all times.

DATED: May 31, 2022.

                                              _____
                                              ANDREW P. GORDON
                                              UNITED STATES DISTRICT JUDGE