# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GENTRY, *et al.*,<br><br>　　　　Defendants. | Case No. 2:17-cv-01671-APG-EJY<br><br>**ORDER TO PRODUCE INMATE FOR VIDEOCONFERENCE** |

TO: Warden, Northern Nevada Correctional Center, Carson City, NV

**Lausteveion Johnson, #82138,** is presently in the Nevada Department of Corrections custody at Northern Nevada Correctional Center, Carson City, Nevada. Mr. Johnson's presence, via video, is needed for an upcoming hearing.

I THEREFORE RESPECTFULLY ORDER the Warden of Northern Nevada Correctional Center, Carson City, NV, or designee, to arrange for and produce **Lausteveion Johnson, #82138,** for a **videoconference hearing** via Zoom Technology, on **Tuesday, August 2, 2022, at 10:30 a.m**. Mr. Johnson shall remain in the custody of the Warden, Northern Nevada Correctional Center, Carson City, NV at all times.

DATED: July 11, 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE