AARON D. FORD
  Attorney General
CHRIS DAVIS (Bar No. 6616)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-9252 (phone)
(702) 486-3773 (fax)
Email:  cwdavis@ag.nv.gov

*Attorneys for Defendants*
*Regina Barrett, James Dzurenda,*
*Jo Gentry, and David Willis*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>                    Plaintiff,<br><br>vs.<br><br>GENTRY, *et al.*,<br><br>                    Defendants. | Case No. 2:17-cv-01671-APG-EJY<br><br>**MOTION TO VOLUNTARILY WITHDRAW DEFENDANTS' MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO REVOKE *IN FORMA PAUPERIS* (ECF NOS. 215, 216)** |

    Defendants James Dzurenda, Regina Barrett, Jo Gentry, and David Willis, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Chris W. Davis, Senior Deputy Attorney General, hereby move to withdraw the Defendants' Motion to Dismiss, or, in the Alternative, to Revoke *In Forma Pauperis* (ECF Nos. 215 and 216).

    These motions were filed by a Senior Deputy Attorney General that no longer works for the Office of the Attorney General and based upon representations made to Magistrate Judge Baldwin in a different case, we have agreed to withdraw these Motions.

    DATED this 12th day of December, 2022.

**IT IS HEREBY ORDERED that the Motion to Voluntarily Withdraw Defendants' Motion to Revoke *In Forma Paupris* (ECF No. 217) is GRANTED and deemed withdraw.**

*[signature]*

**U.S. MAGISTRATE JUDGE**

**Dated:  December 12, 2022**

AARON D. FORD
Attorney General

By: /s/ Chris Davis
CHRIS DAVIS (Bar No. 6616)
Senior Deputy Attorney General
*Attorneys for Defendants*