AARON D. FORD
  Attorney General
CHRIS DAVIS (Bar No. 6616)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-9252 (phone)
(702) 486-3773 (fax)
Email: cwdavis@ag.nv.gov

*Attorneys for Defendants*
*Regina Barrett, James Dzurenda,*
*Jo Gentry, and David Willis*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>                    Plaintiff,<br><br>vs.<br><br>GENTRY, *et al.*,<br><br>                    Defendants. | Case No. 2:17-cv-01671-APG-EJY<br><br>**MOTION TO VOLUNTARILY WITHDRAW DEFENDANTS' MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO REVOKE *IN FORMA PAUPERIS* (ECF NOS. 215, 216)** |

Defendants James Dzurenda, Regina Barrett, Jo Gentry, and David Willis, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Chris W. Davis, Senior Deputy Attorney General, hereby move to withdraw the Defendants' Motion to Dismiss, or, in the Alternative, to Revoke *In Forma Pauperis* (ECF Nos. 215 and 216).

These motions were filed by a Senior Deputy Attorney General that no longer works for the Office of the Attorney General and based upon representations made to Magistrate Judge Baldwin in a different case, we have agreed to withdraw these Motions.

DATED this 12th day of December, 2022.

AARON D. FORD
Attorney General

By: /s/ Chris Davis
CHRIS DAVIS (Bar No. 6616)
Senior Deputy Attorney General
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on December 12, 2022, I electronically filed the foregoing **MOTION TO VOLUNTARILY WITHDRAW DEFENDANTS' MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO REVOKE IN FORMA PAUPERIS (ECF NOS. 215, 216)** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

Frank M. Flansburg IIII, Esq., Nevada Bar No. 6974
fflansburg@bhfs.com
Emily A. Ellis, Esq., Nevada Bar No. 11956
eellis@bhfs.com
Monique S. Jammer, Esq., Nevada Bar No. 15420
mjammer@bhfs.com
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

/s/ Cathy Mackerl
An employee of the Office of the
Nevada Attorney General

IT IS HEREBY ORDERED that this Motion is GRANTED, and the Motion to Dismiss (ECF No. 215) is WITHDRAWN.

IT IS SO ORDERED:

Dated:   December 13, 2022

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Case No. 2:17-cv-01671-APG-EJY