FRANK M. FLANSBURG III, ESQ., Nevada Bar No. 6974
fflansburg@bhfs.com
EMILY A. ELLIS, ESQ., Nevada Bar No. 11956
eellis@bhfs.com
MONIQUE S. JAMMER, ESQ., Nevada Bar No. 15420
mjammer@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone:   702.382.2101
Facsimile:    702.382.8135

*Attorneys for Plaintiff Lausteveion Johnson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| LAUSTEVEION JOHNSON, | CASE NO. 2:17-cv-01671-APG-EJY |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY (SEVENTH REQUEST)** |
| v. | |
| JAMES DZURENDA; FRANK DREESEN; REGINA BARRETT; JOSEPH LEWIS; TIMOTHY KNATZ; DAVID WILLIS AND JO GENTRY, | |
| Defendants. | |

Plaintiff Lausteveion Johnson ("*Plaintiff*") and Defendants James Dzurenda, Frank Dreesen, Regina Barrett, Joseph Lewis, Timothy Knatz, David Willis, and Jo Gentry ("*Defendants*," together with Plaintiff, the "*Parties*") by and through their undersigned counsel, hereby stipulate, contingent on this Court's approval, as follows:

### I. PROCEDURAL POSTURE.

1. The Parties attended a global settlement conference for the instant case, along with counsel in all other cases filed by Plaintiff, on October 5, 2023 ("*Settlement Conference*").

2. Pursuant to stipulation of the Parties, the Court entered an order that stayed this matter until the Settlement Conference occurred, and extended the discovery deadlines as follows ("*Order*"):

a) **Discovery Cut-Off**: The time for the parties to complete discovery shall be extended by ninety (90) days to January 5, 2024.

1      b)     **Dispositive Motions [LR 26-1(b)(4)]**: The parties shall have until February 5, 2024, to file dispositive motions; and

c)     **Joint Pre-Trial Order [LR 26-1(b)(5)]**: If no dispositive motions are filed, the Joint Pretrial Order shall be filed on March 5, 2024.

*See* ECF No. 231.

3.     This action did not settle at the Settlement Conference.

## II. REASONS THE REMAINING DISCOVERY WAS NOT COMPLETED TO DATE – GOOD CAUSE AND EXCUSABLE NEGLECT EXIST.

On November 7, 2023, counsel for Plaintiffs learned that Plaintiff was incarcerated. *See* Correspondence (Nov. 7, 2023), attached hereto as **Exhibit 1**. This occurred during a period when the Parties just began to resume discovery in this action. The Parties have worked diligently through the course of litigation to conduct discovery and prepare this action for trial. However, in light of the discovery disputes still pending, the limited contact counsel has with Plaintiff, and the discovery deadline fast approaching, an extension is necessary. This stipulation comes less than 21 days before the discovery deadline because the forgoing circumstances arose recently. The Parties pursue this stipulation cooperatively, and avoided Court intervention to the farthest extent possible. Moreover, because all Parties are stipulating, no party will be prejudiced by extending discovery as requested. Nor is this stipulation made with undue delay, dilatory motive, or bad faith.

Thus, good cause and excusable neglect exist for this Court to grant this stipulation.

## III. COMPLETED DISCOVERY.

4.     The Parties have completed the meet and confer requirement pursuant to Fed. R. Civ. P. 26(f) and LR 26-1(a). Plaintiff has served his first set of Interrogatories and Requests for Production of Documents on Defendants, and Defendants have responded. Plaintiff has served a subpoena *duces tecum* upon NV DOC, and NV DOC has responded.

## IV. REMAINING DISCOVERY.

5.     The remaining discovery in this action includes additional written discovery, additional subpoenas, depositions, and meet and confer efforts regarding discovery.

///

**V.     PRIOR GRANTED STAYS AND DISCOVERY EXTENSIONS.**

6. The Parties have not been granted any prior stays in this action.

7. The Parties have been granted five (5) prior discovery plan extensions.

**VI.    DATES REQUESTED FOR CONTINUED DISCOVERY, SHOULD THE MATTER NOT SETTLE.**

8. If the case is not resolved at the settlement conference, the Parties stipulate and agree, subject to this Court's approval, to the following 90-day extended discovery period:

   a) **Discovery Cut-Off:** The time for the parties to complete discovery shall be extended by ninety (90) days to **April 5, 2024**.

   b) **Dispositive Motions** [LR 26-1(b)(4)]: The parties shall have until **May 6, 2024**, to file dispositive motions; and

   c) **Joint Pre-Trial Order** [LR 26-1(b)(5)]: If no dispositive motions are filed, the Joint Pretrial Order shall be filed on **June 5, 2024**.

   d) If dispositive motions are filed, the Joint Pretrial Order shall be filed thirty (30) days after the Court serves its order concerning the dispositive motions.

9. The Parties submit this stipulation in good faith and without any intent to cause undue delay in this case.

| | |
|---|---|
| DATED this 4th day of December, 2023. | DATED this 4th day of December, 2023. |
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | STATE OF NEVADA OFFICE OF ATTORNEY GENERAL |
| BY: */s/ Monique S. Jammer* <br> FRANK M. FLANSBURG III, ESQ. <br> EMILY A. ELLIS, ESQ. <br> MONIQUE S. JAMMER, ESQ. | BY: */s/ Chris W. Davis* <br> AARON D. FORD, Attorney General <br> CHRIS W. DAVIS, Senior Deputy Attorney General |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

/ / /

/ / /

/ / /

/ / /

/ / /

- 3 -

## **ORDER**

**IT IS SO ORDERED**:

DATED this 4th day of December, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP
*/s/ Monique S. Jammer*

FRANK M. FLANSBURG III, ESQ.
EMILY A. ELLIS, ESQ.
MONIQUE S. JAMMER, ESQ.

*Attorneys for Plaintiff*