AARON D. FORD
　Attorney General
LEO T. HENDGES (Bar No. 16034)
　Senior Deputy Attorney General
RUDOLF M. D'SILVA (Bar No. 16227)
　Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3795 (phone)
(702) 486-3773 (fax)
Email:  lhendges@ag.nv.gov
　　　　rdsilva@ag.nv.gov

*Attorneys for Defendants*
*Regina Barrett, James Dzurenda,*
*Jo Gentry, and David Willis*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON, | Case No. 2:17-cv-01671-APG-EJY |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| GENTRY, *et al.,* | |
| Defendants. | |

　　　IT IS HEREBY STIPULATED by and between Plaintiff, Lausteveion Johnson, by and through counsel, Emily A. Ellis, and Defendants, Regina Barrett, James Dzurenda, Jo Gentry, and David Willis, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, Leo T. Hendges, Senior Deputy Attorney General, and Rudolf M. D'Silva, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 15th day of July, 2024.

By: /s/ Emily A. Ellis
EMILY A. ELLIS (Bar No. 11956)
*Attorneys for Plaintiff*

DATED this 15th day of July, 2024

AARON D. FORD
Attorney General

By: /s/ Leo T. Hendges
LEO T. HENDGES (Bar No. 16034)
Senior Deputy Attorney General
*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED**. This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED  July 16 , 2024.

_____
UNITED STATES DISTRICT JUDGE